UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

WILLIAM SYRJALA,
          Plaintiff

v.

TOWN OF GRAFTON, et al.

          Defendants.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CIVIL ACTION NO.:4:18-cv-40019

MOTION TO WITHDRAW

    COMES NOW, Attorney for Plaintiff William Syrjala, seeking leave of court to withdraw as counsel for good cause, pursuant to Local Rule 83.5.2(2).

    Regretfully, for several months, Counsel for Plaintiff has been grappling with an ongoing physical condition that now requires medical intervention, beginning April 6, 2020, and recuperation for possibly six or more months. William has graciously assented to the withdrawal.

    Should Plaintiff decide to pursue an appeal, it is my sincere hope that he be afforded every extension allowed for him to do so.

Date: 04/04/2020

Respectfully submitted,

*/s/ Virginia L. Towler*

_____
Virginia L. Towler, Esq.
BBO #569276
23 Clearwater Dr.
Dover, NH 03820
(603) 740-1991
vltesq@me.com

## **CERTIFICATE OF SERVICE**

I hereby certify that the aforementioned MOTION TO WITHDRAW was delivered by email on this day, April 4, 2020, to attorney for Defendant(s):

Courtney E. Mayo, Esquire
Hassett & Donnelly, P.C.
446 Main Street - 12th Floor
Worcester, MA 01608
Email: CMayo@hassettanddonnelly.com

*/s/ Virginia L. Towler*
_____
Virginia L. Towler, Esq.
B.B.O. #569276
23 Clearwater Dr.
Dover, NH 03820
(603) 740-1991
vltesq@me.com